## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ANUVU CORP.,                                  )
                                             )
            Plaintiff,                        )
                                             )   Civil Action No. _____
      v.                                      )
                                             )
INTELLECTUAL VENTURES I LLC and               )
INTELLECTUAL VENTURES II LLC,                 )
                                             )
            Defendants.                       )
                                             )

## ANUVU CORP.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Anuvu Corp. ("Anuvu")

makes the following disclosures: Anuvu is a publicly-held Delaware corporation, and it has no

parent corporation.  No publicly held corporation owns 10% or more of Anuvu's shares.


Dated: January 30, 2025                 Respectfully submitted,

                                        */s/ John C. Phillips, Jr.*
                                        John C. Phillips, Jr. (#110)
                                        David A. Bilson (#4986)
                                        PHILLIPS, MCLAUGHLIN & HALL, P.A.
                                        1200 North Broom Street
                                        Wilmington, Delaware 19806
                                        (302) 655-4200
                                        jcp@pmhdelaw.com
                                        dab@pmhdelaw.com

                                        Of Counsel:
                                        M. Brett Johnson (*pro hac vice to be filed*)
                                        mbjohnson@winston.com
                                        Ahtoosa A. Dale (*pro hac vice to be filed*)
                                        adale@winston.com
                                        WINSTON & STRAWN LLP
                                        2121 North Pearl Street, Suite 900
                                        Dallas, TX 75201
                                        (214) 453-6500

                                        *Attorneys for Plaintiff Anuvu Corp.*