# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANUVU CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 25-124 |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) **JURY TRIAL DEMANDED** ) ) |
| Defendant. | ) ) |

## MOTION AND [PROPOSED] ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of M. Brett Johnson, Ahtoosa A. Dale, Chaoxuan Charles Liu and Zoe A. Goldstein to represent Plaintiff Anuvu Corp. in this matter.

Dated: January 30, 2025

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
*Attorneys for Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated: _____    _____
United States District Court Judge