**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order effective 1/1/24, I further certify that the fee of $50.00 has been paid  X  to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted _____ to the Clerk's Office upon the filing of this motion.

WINSTON & STRAWN LLP

_____
M. Brett Johnson
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Tel: 214-453-6500
Fax: 214-453-6400
mbjohnson@winston.com

Date: January 30, 2025