IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANUVU CORP., | ) |
| | ) |
|     *Plaintiffs*, | ) |
| | ) C.A. No. 25-cv-124-CFC |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES I LLC | ) |
| and | ) |
| INTELLECTUAL VENTURES II LLC | ) |
| | ) |
|     *Defendant*. | ) |

## DEFENDANTS' MOTION TO DISMISS, STAY, OR TRANSFER

Defendants Intellectual Ventures I LLC, and Intellectual Ventures II LLC ("IV") respectfully submit this Motion to Dismiss, Stay or Transfer pursuant to Federal Rule of Civil Procedure 12(b)(1) and 28 U.S.C. § 1404. The grounds for this Motion are set forth in the accompanying opening brief.

WHEREFORE, Defendants respectfully request that the Court dismiss, stay or transfer this action.

| | |
|---|---|
| Dated:  March 18, 2025 | Respectfully submitted, |
| | |
| | FARNAN LLP |
| | |
| Of Counsel: | */s/ Brian E. Farnan*   |
| | Brian E. Farnan (Bar No. 4089) |
| Jonathan K. Waldrop | Michael J. Farnan (Bar No. 5165) |
| Darcy L. Jones | 919 N. Market St., 12th Floor |
| Marcus A. Barber | Wilmington, DE 19801 |

| | |
|---|---|
| John Downing | Tel: (302) 777-0300 |
| Heather S. Kim | bfarnan@farnanlaw.com |
| ThucMinh Nguyen | mfarnan@farnanlaw.com |
| KASOWITZ BENSON TORRES LLP | |
| 333 Twin Dolphin Dr., Suite 200 | |
| Redwood Shores, CA 94065 | |
| Tel: (650) 453-5170 | Attorneys for Defendants |
| Fax: (650) 362-9302 | *Intellectual Ventures I LLC and* |
| JWaldrop@kasowitz.com | *Intellectual Ventures II LLC* |
| DJones@kasowitz.com | |
| MBarber@kasowitz.com | |
| JDowning@kasowitz.com | |
| HKim@kasowitz.com | |
| TNguyen@kasowitz.com | |

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, N.E., Suite 2445
Atlanta, Georgia 30309
Tel: (404) 260-6080
Fax: (404) 260-6081
PWilliams@kasowitz.com