# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANUVU CORP., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) **C.A. No. 25-cv-124-CFC** |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES I LLC | ) |
| and | ) |
| INTELLECTUAL VENTURES II LLC | ) |
| | ) |
| *Defendant*. | ) |

## DECLARATION OF JONATHAN WALDROP IN SUPPORT OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF MOTION TO DISMISS, STAY, OR TRANSFER

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz Benson Torres LLP. I am one of the attorneys responsible for the representation of Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") in this matter and make this declaration in support of Defendants' Opening Brief in support of Motion to Dismiss, Stay, or Transfer.

2. If called to testify under oath in court, I could and would testify competently to the facts stated herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint for Patent Infringement, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, Civil Action No. 7:24-cv-00277 (W.D. Tex. (Midland Division) Nov. 2, 2024).

4. Attached hereto as Exhibit 2 is a true and correct copy of Defendant Southwest Airlines Co., Rule 12(b)(6) Motion to Dismiss, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, Civil Action No. 7:24-cv-00277-ADA (W.D. Tex. (Waco Division) Jan. 27, 2025).

5. Attached hereto as Exhibit 3 is a true and correct copy of Defendant's Motion to Sever and Stay Claims Against In-Flight Connectivity Systems Based on the Customer-Suit Exception, *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, Civil Action No. 7:24-cv-00277-ADA (W.D. Tex. (Midland/Odessa Division) Feb. 12, 2025).

6. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 7,324,469 to Wilson, issued January 29, 2008.

7. Attached hereto as Exhibit 5 is a true and correct copy of Anuvu's office locations, available at https://www.anuvu.com/our-company/about-us/offices (last accessed March 18, 2025).

3

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on this 18th day of March, 2025, in Redwood Shores, California.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
