# **Exhibit 5**



# Primary offices

We believe that having a global mindset means having a global presence, which is why we have major offices in the USA, Canada, UK, Europe, the Middle East, India, and Asia.

Strategically placed offices across 6 continents





**Anuvu**

About us

Press Releases

Insights

Ethics Point

Offices

Work With Us

Supplier Portal

Head Office

1050 Oak Creek Dr.,

Lombard,
IL 60148

**Our Portfolio**

Advertising

Connectivity

Constellation

Entertainment

Platforms

Products

Services

**Markets**

Aviation

Maritime
Pan-America

Legal
Terms of Use
Cookies Policy
Sitemap

Media Inquiries
Caroline Smith
caroline.smith@anuvu.com

Find us on:

  

All Rights Reserved © 2025 Anuvu.

Subscribe to newsletter