# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANUVU CORP., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) C.A. No. 25-cv-124-CFC |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES I LLC and | ) |
| INTELLECTUAL VENTURES II LLC | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and this Court's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, Defendants provide the following disclosure:

Defendant, Intellectual Ventures I, LLC ("IV I"), is a non-publicly held Delaware limited liability company. Invention Investment Fund I, L.P. ("IIF I"), a Delaware limited partnership, is the ultimate parent entity of IV I. The management, control, and operation of, and determination of the policies with respect to IIF I is vested in the General Partner. The General Partner consists of Nathan Myrvold, Peter Detkin, Edward Jung, and Greg Gorder. The Limited Partners are passive investors who take no part in the conduct or control of the business or policies of nor possess authority to act for or bind IIF I. These passive investors have no voting or other decision-making right with respect to the disposition of any assets held by IIF I

1

in the normal course of its operations. These passive investors include publicly traded companies, universities, private investment companies, and high-net worth individuals. A Limited Partner may seek to transfer its LP interest in IIF I in a secondary transfer, but no new additional Limited Partner interests will be issued. The Limited Partners possessing ten percent (10%) or more interest in IIF I are: Microsoft Corporation, Nokia US Holdings Inc., and Sony Corporation of America.

Defendant, Intellectual Ventures II, LLC (IV II"), is a non-publicly held Delaware limited liability company. Invention Investment Fund II, LLC ("IIF II"), a non-publicly held Delaware limited liability company, is the ultimate parent of IV II. The management, control, and operation of IIF II and its businesses is vested in the Managing Members. The Managing Member consists of Nathan Myrvold, Peter Detkin, Edward Jung, and Greg Gorder. The Non-Managing Members are passive investors who take no part in the conduct or control of the business or policies of nor possess authority to act for or bind IIF II. These passive investors have no voting or other decision-making right with respect to the disposition of any assets held by IIF II in the normal course of its operations. These passive investors include publicly traded companies, universities, private investment companies, and high-net worth individuals. The membership of IIF II may change due to a Non-Managing Member transfer of its interest in a secondary market but no new Non-Managing Member interests will be issued. The Non-Managing Members possessing ten percent (10%)

or more interest in IIF II are: Microsoft Corporation, Perigee Management Inc., Sony Corporation of America, The William and Flora Hewlett Foundation, and Verizon Corporate Services Group, Inc.

| | |
|---|---|
| Dated: March 18, 2025 | Respectfully submitted, |
| Of Counsel: | FARNAN LLP |
| Jonathan K. Waldrop<br>Darcy L. Jones<br>Marcus A. Barber<br>John Downing<br>Heather S. Kim<br>ThucMinh Nguyen<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Dr., Suite 200<br>Redwood Shores, CA 94065<br>Tel: (650) 453-5170<br>Fax: (650) 362-9302<br>JWaldrop@kasowitz.com<br>DJones@kasowitz.com<br>MBarber@kasowitz.com<br>JDowning@kasowitz.com<br>HKim@kasowitz.com<br>TNguyen@kasowitz.com<br><br>Paul G. Williams<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street, N.E., Suite 2445<br>Atlanta, Georgia 30309<br>Tel: (404) 260-6080<br>Fax: (404) 260-6081<br>PWilliams@kasowitz.com | */s/ Brian E. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Attorneys for Defendants<br>*Intellectual Ventures I LLC and*<br>*Intellectual Ventures II LLC* |