## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby confirm that this brief complies with the type and number limitations

set forth in the November 10, 2022 Standing Order Regarding Briefing in All Cases.

I certify that this document contains 4,850 words, which were counted using the

word count feature in Microsoft Word, in 14-point Times font. The word count does

not include the cover page, tables, or the counsel blocks.

*/s/ David A. Bilson*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
