# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANUVU CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 25-124-CFC |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF AHTOOSA A. DALE
## IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, STAY, OR TRANSFER

I, Ahtoosa A. Dale, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the state of Texas and admitted *pro hac vice* to this action. I am a partner at Winston & Strawn LLP, counsel for plaintiff Anuvu Corp. in this action. I make this declaration in support of Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss, Stay, or Transfer. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A is an excerpt of a true and correct copy of Exhibit 4 to Intellectual Ventures LLC's and Intellectual Ventures II LLC's Preliminary

Infringement Contentions in *Intellectual Ventures I LLC v. Southwest Airlines Co.*, No. 24-277 (W.D. Tex.), served on February 10, 2025.

3. Attached as Exhibit B is an excerpt of a true and correct copy of Exhibit 5 to Intellectual Ventures I LLC's and Intellectual Ventures II LLC's Preliminary Infringement Contentions in *Intellectual Ventures I LLC v. Southwest Airlines CO.*, No. 24-277 (W.D. Tex.), served on February 10, 2025.

4. Attached as Exhibit C is a true and correct copy of Docket No. 17-1 in *Intellectual Ventures I LLC v. Southwest Airlines Co.*, No. 24-277 (W.D. Tex.), filed February 12, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 1, 2025 in Dallas, TX.

*/s/ Ahtoosa A. Dale*
Ahtoosa A. Dale
