# Exhibit A

**Exhibit 4 to**
**Intellectual Ventures I LLC's and Intellectual Ventures II LLC's**
**Preliminary Infringement Contentions**

**Infringement Claim Chart of**
**U.S. Patent No. 8,027,326 ("'326 Patent")**

The Accused Systems and Services include without limitation Southwest systems and services that provide Wi-Fi Access Points that support at least IEEE 802.11n and/or 802.11ac; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Southwest systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Southwest Count 4 Systems and Services" or "Southwest Systems and Services").[1]

On information and belief, Southwest's Systems and Services directly infringe the asserted claims of the '326 patent, either literally or under the doctrine of equivalents, through at least using IEEE 802.11n and/or 802.11ac WiFi in its airplanes. In addition, Southwest directly infringes the '326 patent by testing the Southwest Systems and Services. On information and belief, Southwest, with knowledge at least since the time of filing the complaint, also indirectly infringes the '326 Patent by inducing its employees and customers to use Southwest Systems and Services, and provides documents that include instructions regarding how to use Southwest Systems and Services in an infringing manner. On information and belief, Southwest provides instructions on how to use the Southwest Systems and Services in an infringing manner, the use of which results in infringement of the '326 Patent claims. On information and belief, Southwest also indirectly infringes by contributorily infringing the '326 Patent by selling, offering to sell, or importing components used in the Southwest Systems and Services that do not have substantial non-infringing uses.

Consistent with this Court's Standing Order Governing Proceedings (OGP), IV identifies systems and services that provide Wi-Fi Access Points that support at least IEEE 802.11n and/or 802.11ac, as used in Southwest's systems and offerings, as the Accused Instrumentality. Information regarding how specifically Southwest implements WiFi, including for which products and offerings, is generally not public. IV intends to obtain discovery regarding how WiFi is used and implementd in Southwest products and services and will update its infringement positions once this discovery is completed.

---

[1] IV understands that ViaSat Inc. (ViaSat) and Anuvu Corp. (Anuvu) has alleged that IV has exhausted any rights to pursue any infringement claims under the '326 Patent due to patent exhaustion. *See generally* Case No. DDE-1-25-cv-00056, Dkt. 1 at ¶¶ 48, 51; Case No. DDE-1-25-cv-00124, Dkt. 1 at ¶¶ 48, 52. As of the date of these preliminary infringement contentions, IV has not yet responded to ViaSat and Anuvu's contentions. IV is investigating the contentions made by ViSat and Anuvu, including the relationship between IV's infringement contentions relating to the '326 Patent and hardware and/or software used by the Southwest Systems and Services. Discovery has not begun in this matter. To the extent Southwest contends that a license exists for some or all of the Southwest Systems and Services for the entire applicable damages period, IV will meet and confer with Southwest to better understand such contentions, and will continue to investigate ViaSat and Anuvu's contentions.

IV does not intend this exemplary claim chart to be limiting, and IV reserves its rights to pursue other accused instrumentalities, patent claims, evidence, and infringement arguments in this case. Discovery has yet to begin, and this case is still in its initial stages. Accordingly, IV reserves the right to amend and/or supplement these contentions to the full extent allowed by the Court, including but not limited to, incorporating additional information, claims, theories, and / or accused products.

On information and belief, the Southwest Systems and Services provide Wi-Fi Access Points that enable Internet connectivity on its airplanes.



Source: https://www.southwest.com/inflight-entertainment-portal/.[2]

We're excited to announce that as of yesterday, March 9, 2023, our first aircraft equipped with hardware from our new WiFi vendor, Viasat, has entered service. Viasat is an industry leader, and we're excited about the increased connectivity and reliability that Viasat will provide. As we prepare for additional Viasat-equipped aircraft deliveries, we're also making significant progress updating our existing fleet with new Anuvu hardware (our original WiFi vendor). We have now upgraded more than 400 aircraft and are well on our way to upgrading the entire fleet by the third quarter of this year.

Between our upgraded Anuvu hardware and integration of Viasat, we're bringing a faster, more reliable WiFi experience. In addition to improved WiFi quality, Viasat offers Customers the ability to trade paid internet connectivity between personal devices (known as "device swapping"). For example, if a Customer has paid for Internet using their laptop, they can use the "swap device" function in the Inflight Entertainment Portal to switch connectivity to their phone.

---

[2] All sources cited in this document were publicly accessible as of the filing date of the Complaint.

| | Anuvu Legacy | Anuvu Upgraded | Viasat |
|---|---|---|---|
| **Improved Speeds and Reliability** | ✖ | ✔ | ✔ |
| **Streaming** (when authenticated for Internet) | ✖ | ✔ | ✔ |
| **Device Swap** | ✖ | ✖ | ✔ |
| **Free Entertainment, Texting, and Flight Tracker** | ✔ | ✔ | ✔ |

Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I.

On information and belief, Southwest uses routers that support WiFi 802.11 ac/abgn, such as the Viasat Select Router.

# Viasat Select Router

Redefining the in-flight connectivity experience

The Viasat Select Router, coupled with Viasat's latest generation satellite terminal, delivers a fully managed internet connectivity network inside the cabin that promises to deliver maximum speed and capabilities from Viasat's high-capacity satellite network.

Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf.

5

## Multi-link connections

The Viasat Select Router ("VSR") is a fully featured cabin connectivity management device that integrates the Viasat connectivity service with other available cabin connectivity on the aircraft. User traffic is routed automatically over the best available network and in the event of a service disruption, an alternate service is automatically selected to ensure continuous internet access.

Every VSR is equipped with an integral cellular modem that enables near global 4G LTE data service while the aircraft is on the ground. The data service can be used by passengers or crew, and is available to Viasat's technical support team for remote access to assist with equipment configuration, software updates, and other troubleshooting support, while the aircraft remains in the hangar.

The router incorporates an 802.11ac Wi-Fi access point for easy in-cabin wireless connectivity for passengers, crew and ground operations. Additional antennas can be added to ensure optimal signal strength inside the cabin as necessary.

Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf.

### SPECIFICATIONS

| | | | |
|---|---|---|---|
| **Size** | 1.75 in. H × 7.8 in. W × 5.5 in. D | **Storage** | 1 TB (OS and applications) |
| **Weight** | 3.9 lbs | **Ethernet Ports** | › 5 x 10/100/1000 bps Ethernet Ports (Switched) |
| **Voltage** | 28VDC with 200ms Hold-up | | › 1 x 10/100/1000 bps Ethernet Ports (Direct) |
| **Power** | 20W(typical); 30W (max) | | › 1 x 10/100/1000 bps Ethernet Ports (Front Panel) |
| **Environment** | Qualified to DO-160G | **ARINC 429** | 2x Rx Channels / 1x Tx Channel |
| **Processor** | Intel E3845 4 Core processor, 1.5GHz | **Cellular Modem** | Integrated Global coverage 4G/LTE Advanced modem; 2x mini SIMs; 2x RF QMA connections |
| | | **Wi-Fi** | 802.11 ac/abgn; 3x RF QMA connections |

Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf.

**IEEE 802.11n™, or Wi-Fi 4**, was introduced in 2009 to support the 2.4 GHz and 5GHz frequency bands, with up to 600 Mbit/s data rates, multiple channels within each frequency band, and other features. IEEE 802.11n data throughputs enabled the use of WLAN networks in place of wired networks, a significant feature enabling new use cases and reduced operational costs for end users and IT organizations.

**IEEE 802.11ac™, or Wi-Fi 5**, was introduced in 2013 to support data rates at up to 3.5 Gbit/s, with still-greater bandwidth, additional channels, better modulation, and other features. It was the first Wi-Fi standard to enable the use of multiple input/multiple output (MIMO) technology so that multiple antennas could be used on both sending and receiving devices to reduce errors and boost speed.

Source: https://standards.ieee.org/beyond-standards/the-evolution-of-wi-fi-technology-and-standards/.

On information and belief, other Southwest In-Flight Connectivity (IFC) providers, such as Anuvu, support IEEE 802.11n and 802.11ac.

## Satellite-based Connectivity and Entertainment experience

- High-speed internet and content streaming
- Consistent connected service with optimized network coverage
- Tiered payment configuration
- Ancillary revenue models

- Entertainment delivered as fully licensed and industry compliant
- Line-fit and retro-fit installation options
- No-touch software and content updates
- Flying onboard over 1,000+ aircraft

**Direct to passenger's own device connectivity and entertainment inflight experience**



Source:
https://d1io3yog0oux5.cloudfront.net/anuvu/files/pages/anuvu/db/620/description/AirconnectGlobalKU_Final_ProductSheet+.pdf.

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count 4 Systems and Services** |
| [1.pre] A method for increasing data rates and data throughput in a network, the method comprising: | To the extent this preamble is limiting, on information and belief, the Southwest Count 4 Systems and Services practice a method for increasing data rates and data throughput in a network. <br><br> On information and belief, Southwest provides in flight Wi-Fi connectivity through provider equipment provided by at least Viasat and Anuvu. This equipment is compliant with Wi-Fi 802.11n and 802.11ac protocols. For example, the Viasat equipment and Anuvu equipment is compliant with the Wi-Fi 802.11n and 802.11ac protocols. <br><br> We're excited to announce that as of yesterday, March 9, 2023, our first aircraft equiped with hardware from our new WiFi vendor, Viasat, has entered service. Viasat is an industry leader, and we're excited about the increased connectivity and reliability that Viasat will provide. As we prepare for additional Viasat-equipped aircraft deliveries, we're also making significant progress updating our existing fleet with new Anuvu hardware (our original WiFi vendor). We have now upgraded more than 400 aircraft and are well on our way to upgrading the entire fleet by the third quarter of this year. <br><br> Between our upgraded Anuvu hardware and integration of Viasat, we're bringing a faster, more reliable WiFi experience. In addition to improved WiFi quality, Viasat offers Customers the ability to trade paid internet connectivity between personal devices (known as "device swapping"). For example, if a Customer has paid for Internet using their laptop, they can use the "swap device" function in the Inflight Entertainment Portal to switch connectivity to their phone. <br><br>  <br><br> Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count 4 Systems and Services** |
| |  The Viasat Select Router, coupled with Viasat's latest generation satellite terminal, delivers a fully managed internet connectivity network inside the cabin that promises to deliver maximum speed and capabilities from Viasat's high-capacity satellite network. Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf.  Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf. |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count 4 Systems and Services** |
| | Satellite-based Connectivity and Entertainment experience<br><br>• High-speed internet and content streaming<br>• Consistent connected service with optimized network coverage<br>• Tiered payment configuration<br>• Ancillary revenue models<br><br>• Entertainment delivered as fully licensed and industry compliant<br>• Line-fit and retro-fit installation options<br>• No-touch software and content updates<br>• Flying onboard over 1,000+ aircraft<br><br>**Direct to passenger's own device connectivity and entertainment inflight experience** |

| U.S. Patent No. 8,027,326 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Southwest Count 4 Systems and Services** |
| | <br><br>Source: https://d1io3yog0oux5.cloudfront.net/anuvu/files/pages/anuvu/db/620/description/AirconnectGlobalKU_Final_ProductSheet+.pdf.<br><br>On information and belief, by bonding two 20 MHz channels together, the IEEE 802.11-2016 standard enables 40 MHz capable high throughput (HT) operation, which can support high data rates up to 600 Mb/s. |

| U.S. Patent No. 8,027,326 (Claim 4) | |
|---|---|
| **Claim 4** | **Example Southwest Count 4 Systems and Services** |
| | t) Upconvert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 19.3.7 for details. The transmit chains are connected to antenna elements according to ANTENNA_SET of the TXVECTOR if ASEL is applied.<br><br>Source: IEEE Standard 802.11-2016 at 2349-2353.<br><br>**802.11n**<br><br>In January, 2004 the IEEE 802.11 task group initiated work. The standard was finally ratified in September 2009.<br><br>The goal of 802.11n is to significantly increase the data throughput rate. While there are a number of technical changes, one important change is the addition of multiple-input multiple-output (MIMO) and spatial multiplexing. Multiple antennas are used in MIMO, which use multiple radios and therefore utilizes more electrical power.<br><br>Source: https://www.air802.com/ieee-802.11-standards-facts-amp-channels.html. |

| U.S. Patent No. 8,027,326 (Claim 18) | |
|---|---|
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| [18.pre]. A non-transitory computer-readable medium having instructions stored thereon, the instructions comprising: | To the extent this preamble is limiting, on information and belief, the Southwest Count 4 Systems and Services include a non-transitory computer-readable medium having instructions stored thereon.<br><br>On information and belief, Southwest provides in flight Wi-Fi connectivity through provider equipment provided by at least Viasat and Anuvu that includes memory and stores software for executing instructions relating to the limitations of this claim. This equipment is compliant with Wi-Fi 802.11n and 802.11ac protocols. For example, the Viasat equipment and Anuvu equipment is compliant with the Wi-Fi 802.11n and 802.11ac protocols. |

| U.S. Patent No. 8,027,326 (Claim 18) | |
| --- | --- |
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| | We're excited to announce that as of yesterday, March 9, 2023, our first aircraft equipped with hardware from our new WiFi vendor, Viasat, has entered service. Viasat is an industry leader, and we're excited about the increased connectivity and reliability that Viasat will provide. As we prepare for additional Viasat-equipped aircraft deliveries, we're also making significant progress updating our existing fleet with new Anuvu hardware (our original WiFi vendor). We have now upgraded more than 400 aircraft and are well on our way to upgrading the entire fleet by the third quarter of this year.<br><br>Between our upgraded Anuvu hardware and integration of Viasat, we're bringing a faster, more reliable WiFi experience. In addition to improved WiFi quality, Viasat offers Customers the ability to trade paid internet connectivity between personal devices (known as "device swapping"). For example, if a Customer has paid for Internet using their laptop, they can use the "swap device" function in the Inflight Entertainment Portal to switch connectivity to their phone.<br><br><table><tr><td></td><th>Anuvu Legacy</th><th>Anuvu Upgraded</th><th>Viasat</th></tr><tr><th>Improved Speeds and Reliability</th><td>✖</td><td>✓</td><td>✓</td></tr><tr><th>Streaming (when authenticated for Internet)</th><td>✖</td><td>✓</td><td>✓</td></tr><tr><th>Device Swap</th><td>✖</td><td>✖</td><td>✓</td></tr><tr><th>Free Entertainment, Texting, and Flight Tracker</th><td>✓</td><td>✓</td><td>✓</td></tr></table><br>Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I. |

| U.S. Patent No. 8,027,326 (Claim 18) | |
|---|---|
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| | # Viasat Select Router<br><br>Redefining the in-flight connectivity experience<br><br>The Viasat Select Router, coupled with Viasat's latest generation satellite terminal, delivers a <mark>fully managed internet connectivity network inside the cabin that promises to deliver maximum speed and capabilities from Viasat's high-capacity satellite network.</mark><br><br>Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf.<br><br>**SPECIFICATIONS**<br><br>**Size** 1.75 in. H × 7.8 in. W × 5.5 in. D<br>**Weight** 3.9 lbs<br>**Voltage** 28VDC with 200ms Hold-up<br>**Power** 20W(typical); 30W (max)<br>**Environment** Qualified to DO-160G<br>**Processor** Intel E3845 4 Core processor, 1.5GHz<br><br>**Storage** 1 TB (OS and applications)<br>**Ethernet Ports** › 5 x 10/100/1000 bps Ethernet Ports (Switched)<br>› 1 x 10/100/1000 bps Ethernet Ports (Direct)<br>› 1 x 10/100/1000 bps Ethernet Ports (Front Panel)<br>**ARINC 429** 2x Rx Channels / 1x Tx Channel<br>**Cellular Modem** Integrated Global coverage 4G/LTE Advanced modem; 2x mini SIMs; 2x RF QMA connections<br>**<mark>Wi-Fi</mark>** <mark>802.11 ac/abgn</mark>; 3x RF QMA connections<br><br>Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf. |

| U.S. Patent No. 8,027,326 (Claim 18) | |
|---|---|
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| | Satellite-based Connectivity and Entertainment experience<br><br>• High-speed internet and content streaming<br>• Consistent connected service with optimized network coverage<br>• Tiered payment configuration<br>• Ancillary revenue models<br><br>• Entertainment delivered as fully licensed and industry compliant<br>• Line-fit and retro-fit installation options<br>• No-touch software and content updates<br>• Flying onboard over 1,000+ aircraft<br><br>**Direct to passenger's own device connectivity and entertainment inflight experience** |

| U.S. Patent No. 8,027,326 (Claim 18) | |
|---|---|
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| | <br><br>Source:<br>https://d1io3yog0oux5.cloudfront.net/anuvu/files/pages/anuvu/db/620/description/AirconnectGlobalKU_Final_ProductSheet+.pdf.<br><br>On information and belief, by bonding two 20 MHz channels together, the IEEE 802.11-2016 standard enables 40 MHz capable high throughput (HT) operation, which can support high data rates up to 600 Mb/s. |

| U.S. Patent No. 8,027,326 (Claim 18) | |
|---|---|
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| | ### 3A. Definitions specific to IEEE 802.11<br><br>The following terms and definitions are specific to this standard and are not appropriate for inclusion in the *IEEE Standards Dictionary: Glossary of Terms & Definitions*.[1]<br><br>**3A.1 20 MHz basic service set (BSS):** A BSS in which the Secondary Channel Offset field is set to SCN.<br><br>**3A.2 20 MHz high-throughput (HT):** A Clause 20 transmission using FORMAT=HT_MF or HT_GF and CH_BANDWIDTH=HT_CBW20.<br><br>**3A.3 20 MHz mask physical layer convergence procedure (PLCP) protocol data unit (PPDU):** A Clause 17 PPDU, a Clause 19 orthogonal frequency division multiplexing (OFDM) PPDU, or a Clause 20 20 MHz high-throughput (HT) PPDU with the TXVECTOR parameter CH_BANDWIDTH set to HT_CBW20 and the CH_OFFSET parameter set to CH_OFF_20. The PPDU is transmitted using a 20 MHz transmit spectral mask defined in Clause 17, Clause 19, or Clause 20, respectively.<br><br>**3A.4 20 MHz physical layer convergence procedure (PLCP) protocol data unit (PPDU):** A Clause 15 PPDU, Clause 17 PPDU, Clause 18 PPDU, Clause 19 orthogonal frequency division multiplexing (OFDM) PPDU, or Clause 20 20 MHz high-throughput (HT) PPDU with the TXVECTOR parameter CH_BANDWIDTH set to HT_CBW20. |

| U.S. Patent No. 8,027,326 (Claim 18) | |
|---|---|
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| | **3A.5 20/40 MHz basic service set (BSS)**: A BSS in which the supported channel width of the access point (AP) or independent BSS (IBSS) dynamic frequency selection (DFS) owner (IDO) station (STA) is 20 MHz and 40 MHz (Channel Width field is set to 1) and the Secondary Channel Offset field is set to a value of SCA or SCB.<br><br>**3A.6 40-MHz-capable (FC) high-throughput (HT) access point (AP)**: An HT AP that included a value of 1 in the Supported Channel Width Set subfield (indicating its capability to operate on a 40 MHz channel) of its most recent transmission of a frame containing an HT Capabilities element.<br><br>**3A.7 40-MHz-capable (FC) high-throughput (HT) access point (AP) 2G4**: An HT AP 2G4 that is also an FC HT AP.<br><br>**3A.8 40-MHz-capable (FC) high-throughput (HT) access point (AP) 5G**: An HT AP 5G that is also an FC HT AP.<br><br>**3A.9 40-MHz-capable (FC) high-throughput (HT) station (STA)**: An HT STA that included a value of 1 in the Supported Channel Width Set subfield (indicating its capability to operate on a 40 MHz channel) of its most recent transmission of a frame containing an HT Capabilities element.<br><br>**3A.10 40-MHz-capable (FC) high-throughput (HT) station (STA) 2G4**: An HT STA 2G4 that is also an FC HT STA.<br><br>**3A.11 40-MHz-capable (FC) high-throughput (HT) station (STA) 5G**: An HT STA 5G that is also an FC HT STA.<br><br>**3A.12 40 MHz high throughput (HT):** A Clause 20 transmission using FORMAT=HT_MF or HT_GF and CH_BANDWIDTH=HT_CBW40.<br><br>Source: IEEE Standard 802.11n-2009 at 3-4. |

| U.S. Patent No. 8,027,326 (Claim 18) | |
|---|---|
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| | ## 3.2 Definitions specific to IEEE Std 802.11<br><br>**20/40 MHz basic service set (BSS):** A BSS in which the supported channel width of the access point (AP) or dynamic frequency selection (DFS) owner (DO) station (STA) is 20 MHz and 40 MHz (Channel Width field is equal to 1) and the Secondary Channel Offset field is equal to a value of secondary channel above (SCA) or secondary channel below (SCB).<br><br>**40-MHz-capable (40MC) high-throughput (HT) access point (AP):** An HT AP that included a value of 1 in the Supported Channel Width Set subfield (indicating its capability to operate on a 40 MHz channel) of its most recent transmission of a frame containing an HT Capabilities element.<br><br>Source: IEEE Standard 802.11-2016 at 143. |

| U.S. Patent No. 8,027,326 (Claim 18) | |
|---|---|
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| | **20. High Throughput (HT) PHY specification**<br><br>**20.1 Introduction**<br><br>**20.1.1 Introduction to the HT PHY**<br><br>Clause 20 specifies the PHY entity for a high throughput (HT) orthogonal frequency division multiplexing (OFDM) system.<br><br>In addition to the requirements found in Clause 20, an HT STA shall be capable of transmitting and receiving frames that are compliant with the mandatory PHY specifications defined as follows:<br><br>— In Clause 17 when the HT STA is operating in a 20 MHz channel width in the 5 GHz band<br><br>— In Clause 18 and Clause 19 when the HT STA is operating in a 20 MHz channel width in the 2.4 GHz band<br><br>The HT PHY is based on the OFDM PHY defined in Clause 17, with extensibility up to four spatial streams, operating in 20 MHz bandwidth. Additionally, transmission using one to four spatial streams is defined for operation in 40 MHz bandwidth. These features are capable of supporting data rates up to 600 Mb/s (four spatial streams, 40 MHz bandwidth).<br><br>Source: IEEE Standard 802.11n-2009 at 247.<br><br>**19. High-throughput (HT) PHY specification**<br><br>**19.1 Introduction**<br><br>**19.1.1 Introduction to the HT PHY** |

77

| U.S. Patent No. 8,027,326 (Claim 18) | |
|---|---|
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| | The HT PHY is based on the OFDM PHY defined in Clause 17, with extensibility up to four spatial streams, operating in 20 MHz bandwidth. Additionally, transmission using one to four spatial streams is defined for operation in 40 MHz bandwidth. These features are capable of supporting data rates up to 600 Mb/s (four spatial streams, 40 MHz bandwidth). <br><br> Source: IEEE Standard 802.11-2016 at 2334. <br><br> **40MHZ OFDM 802.11N** <br><br> • 802.11n also introduced a 40 MHz channel, which combined two 20 MHz channels <br> • The 40 MHz channel consists of 128 subcarriers: <br>   • 128 subcarriers: <br>     • 108 transmit data subcarriers <br>     • 6 as pilot carriers <br>     • 14 unused |

| U.S. Patent No. 8,027,326 (Claim 18) | |
| --- | --- |
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| | • When two 20 MHz HT channels are bonded together, some of the formerly unused subcarriers at the bottom of the higher channel and at the top end of the lower channel are able to be used to transmit data.<br>• That is why the number of subcarriers is slightly more than two times the 56 subcarriers in a 20 MHz channel.<br>• Each bonded channel consists of a primary and secondary 20 MHz channel.<br>• The channels must be adjacent. A positive or negative offset indicates whether the secondary channel is the channel above or the channel below the primary channel. This is pictured in Figure 19.4.<br><br>Source: https://dot11ap.wordpress.com/ht-channel-width-operation/.<br><br>On information and belief, IEEE 802.11ac infringes for the same reasons as 802.11n. *See supra. See also*:<br><br>**4.3.14 Very high throughput (VHT) STA**<br><br>The IEEE 802.11 VHT STA operates in frequency bands below 6 GHz excluding the 2.4 GHz band.<br><br>A VHT STA is an HT STA that, in addition to features supported as an HT STA, supports VHT features identified in Clause 9, Clause 10, Clause 11, Clause 14, Clause 17, and Clause 21.<br><br>The main PHY features in a VHT STA that are not present in an HT STA are the following:<br>— Mandatory support for 40 MHz and 80 MHz channel widths<br>— Mandatory support for VHT single-user (SU) PPDUs<br>— Optional support for 160 MHz and 80+80 MHz channel widths<br>— Optional support for VHT sounding protocol to support beamforming<br>— Optional support for VHT multi-user (MU) PPDUs<br>— Optional support for VHT-MCSs 8 and 9 |

79

| U.S. Patent No. 8,027,326 (Claim 18) | |
|---|---|
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| | Source: IEEE Standard 802.11-2016 at 197.

**Table 21-38—VHT-MCSs for mandatory 40 MHz, $N_{SS}$ = 1**

| VHT-MCS Index | Modulation | $R$ | $N_{BPSCS}$ | $N_{SD}$ | $N_{SP}$ | $N_{CBPS}$ | $N_{DBPS}$ | $N_{ES}$ | Data rate (Mb/s) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **800 ns GI** | **400 ns GI (See NOTE)** |
| 0 | BPSK | 1/2 | 1 | 108 | 6 | 108 | 54 | 1 | 13.5 | 15.0 |
| 1 | QPSK | 1/2 | 2 | 108 | 6 | 216 | 108 | 1 | 27.0 | 30.0 |
| 2 | QPSK | 3/4 | 2 | 108 | 6 | 216 | 162 | 1 | 40.5 | 45.0 |
| 3 | 16-QAM | 1/2 | 4 | 108 | 6 | 432 | 216 | 1 | 54.0 | 60.0 |
| 4 | 16-QAM | 3/4 | 4 | 108 | 6 | 432 | 324 | 1 | 81.0 | 90.0 |
| 5 | 64-QAM | 2/3 | 6 | 108 | 6 | 648 | 432 | 1 | 108.0 | 120.0 |
| 6 | 64-QAM | 3/4 | 6 | 108 | 6 | 648 | 486 | 1 | 121.5 | 135.0 |
| 7 | 64-QAM | 5/6 | 6 | 108 | 6 | 648 | 540 | 1 | 135.0 | 150.0 |
| 8 | 256-QAM | 3/4 | 8 | 108 | 6 | 864 | 648 | 1 | 162.0 | 180.0 |
| 9 | 256-QAM | 5/6 | 8 | 108 | 6 | 864 | 720 | 1 | 180.0 | 200.0 |
| NOTE—Support of 400 ns GI is optional on transmit and receive. | | | | | | | | | | |

*See also* IEEE Standard 802.11-2016 at 2612, where a 40 MHz Modulation and Coding Scheme (MCS) is mandatory. |

| U.S. Patent No. 8,027,326 (Claim 18) | |
|---|---|
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| | Table 21-46—VHT-MCSs for mandatory 80 MHz, $N_{SS} = 1$ |

| VHT-MCS Index | Modulation | $R$ | $N_{BPSCS}$ | $N_{SD}$ | $N_{SP}$ | $N_{CBPS}$ | $N_{DBPS}$ | $N_{ES}$ | Data rate (Mb/s) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **800 ns GI** | **400 ns GI (See NOTE)** |
| 0 | BPSK | 1/2 | 1 | 234 | 8 | 234 | 117 | 1 | 29.3 | 32.5 |
| 1 | QPSK | 1/2 | 2 | 234 | 8 | 468 | 234 | 1 | 58.5 | 65.0 |
| 2 | QPSK | 3/4 | 2 | 234 | 8 | 468 | 351 | 1 | 87.8 | 97.5 |
| 3 | 16-QAM | 1/2 | 4 | 234 | 8 | 936 | 468 | 1 | 117.0 | 130.0 |
| 4 | 16-QAM | 3/4 | 4 | 234 | 8 | 936 | 702 | 1 | 175.5 | 195.0 |
| 5 | 64-QAM | 2/3 | 6 | 234 | 8 | 1404 | 936 | 1 | 234.0 | 260.0 |
| 6 | 64-QAM | 3/4 | 6 | 234 | 8 | 1404 | 1053 | 1 | 263.3 | 292.5 |
| 7 | 64-QAM | 5/6 | 6 | 234 | 8 | 1404 | 1170 | 1 | 292.5 | 325.0 |
| 8 | 256-QAM | 3/4 | 8 | 234 | 8 | 1872 | 1404 | 1 | 351.0 | 390.0 |
| 9 | 256-QAM | 5/6 | 8 | 234 | 8 | 1872 | 1560 | 1 | 390.0 | 433.3 |

NOTE—Support of 400 ns GI is optional on transmit and receive.

*See also* IEEE Standard 802.11-2016 at 2616, where an 80 MHz Modulation and Coding Scheme (MCS) is mandatory.

*See also* claim 1.

| instructions to select at least a first channel and a second channel, wherein the first channel and the second channel are adjacent without | On information and belief, the Southwest Count 4 Systems and Services include a non-transitory computer-readable medium having instructions to select at least a first channel and a second channel, where the first channel and the second channel are adjacent without any other channels therebetween, where the first channel and the second channel each have a plurality of data subcarriers, and where the |

| U.S. Patent No. 8,027,326 (Claim 18) ||
| Claim 18 | Example Southwest Count 4 Systems and Services |
| --- | --- |
| any other channels therebetween, wherein the first channel and the second channel each have a plurality of data subcarriers, wherein the data subcarriers of the first channel and the data subcarriers of the second channel are separated by a frequency gap corresponding to one or more guard bands between the first and second channels; | data subcarriers of the first channel and the data subcarriers of the second channel are separated by a frequency gap corresponding to one or more guard bands between the first and second channels.<br><br>See claim 1 including claim limitation [1.a]. |
| instructions to partially fill the frequency gap between the first channel and the second channel by adding one or more data subcarriers into the frequency gap such that the one or more guard bands are at least partially filled with at least some of the one or more data subcarriers using full spectral synthesis capability of a fast fourier transform or an inverse fast fourier transform; | On information and belief, the Southwest Count 4 Systems and Services include a non-transitory computer-readable medium having instructions to partially fill the frequency gap between the first channel and the second channel by adding one or more data subcarriers into the frequency gap such that the one or more guard bands are at least partially filled with at least some of the one or more data subcarriers using full spectral synthesis capability of a fast fourier transform or an inverse fast fourier transform.<br><br>See claim 1 including claim limitation [1.b]. |

| U.S. Patent No. 8,027,326 (Claim 18) | |
|---|---|
| **Claim 18** | **Example Southwest Count 4 Systems and Services** |
| instructions to combine the first channel and the second channel using channel bonding with orthogonal frequency division multiplexing (OFDM); and | On information and belief, the Southwest Count 4 Systems and Services include a non-transitory computer-readable medium having instructions to combine the first channel and the second channel using channel bonding with orthogonal frequency division multiplexing (OFDM). See claim 1 including claim limitation [1.c]. |
| instructions to transmit data subcarriers occupying the first channel, the second channel, and the frequency gap in parallel to a receiver. | On information and belief, the Southwest Count 4 Systems and Services include a non-transitory computer-readable medium having instructions to transmit data subcarriers occupying the first channel, the second channel, and the frequency gap in parallel to a receiver. See claim 1 including claim limitation [1.d]. |