# Exhibit B

**Exhibit 5 to**
**Intellectual Ventures I LLC's and Intellectual Ventures II LLC's**
**Preliminary Infringement Contentions**

**Infringement Claim Chart of**
**U.S. Patent No. 7,324,469 ("'469 Patent")**

The Accused Systems and Services include without limitation Southwest systems and services that provide satellite-based onboard WiFi in its airplanes; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Southwest systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Southwest Count 5 Systems and Services" or "Southwest Systems and Services").

On information and belief, Southwest's Systems and Services directly infringe the asserted claims of the '469 patent, either literally or under the doctrine of equivalents, through at least using satellite-based onboard WiFi in its airplanes. In addition, Southwest directly infringes the '469 patent by testing the Southwest Systems and Services. On information and belief, Southwest, with knowledge at least since the time of filing the complaint, also indirectly infringes the '469 Patent by inducing its employees and customers to use Southwest Systems and Services, and provides documents that include instructions regarding how to use Southwest Systems and Services in an infringing manner. On information and belief, Southwest provides instructions on how to use the Southwest Systems and Services in an infringing manner, the use of which results in infringement of the '469 Patent claims through performance of the claimed methods. On information and belief, Southwest also indirectly infringes by contributorily infringing the '469 Patent by selling, offering to sell, or importing components used in the Southwest Systems and Services that do not have substantial non-infringing uses.

Consistent with this Court's Standing Order Governing Proceedings (OGP), IV identifies satellite-based onboard WiFi as used in Southwest's systems and offerings as the Accused Instrumentality. Information regarding how specifically Southwest implements WiFi, including for which products and offerings, is generally not public. IV intends to obtain discovery regarding how WiFi is used and implementd in Southwest products and services and will update its infringement positions once this discovery is completed.

IV does not intend this exemplary claim chart to be limiting, and IV reserves its rights to pursue other accused instrumentalities, patent claims, evidence, and infringement arguments in this case. Discovery has yet to begin, and this case is still in its initial stages. Accordingly, IV reserves the right to amend and/or supplement these contentions to the full extent allowed by the Court, including but not limited to, incorporating additional information, claims, theories, and / or accused products.

On information and belief, the Southwest Systems and Services provide onboard WiFi in its airplanes.

**How to Get Connected** ∧



**1**

Head to **Settings**.
Turn on Airplane mode.



**2**

Turn on Wi-Fi.
Choose **SouthwestWiFi** from the WiFi network list.



**3**

Tap Access the portal or open
**SouthwestWiFi.com** in your browser directly.

Source: https://www.southwest.com/inflight-entertainment-portal/.[1]

We're excited to announce that as of yesterday, March 9, 2023, our first aircraft equipped with hardware from our new WiFi vendor, Viasat, has entered service. Viasat is an industry leader, and we're excited about the increased connectivity and reliability that Viasat will provide. As we prepare for additional Viasat-equipped aircraft deliveries, we're also making significant progress updating our existing fleet with new Anuvu hardware (our original WiFi vendor). We have now upgraded more than 400 aircraft and are well on our way to upgrading the entire fleet by the third quarter of this year.

Between our upgraded Anuvu hardware and integration of Viasat, we're bringing a faster, more reliable WiFi experience. In addition to improved WiFi quality, Viasat offers Customers the ability to trade paid internet connectivity between personal devices (known as "device swapping"). For example, if a Customer has paid for Internet using their laptop, they can use the "swap device" function in the Inflight Entertainment Portal to switch connectivity to their phone.

---

[1] All sources cited in this document were publicly accessible as of the filing date of the Complaint.

| | Anuvu Legacy | Anuvu Upgraded | Viasat |
|---|---|---|---|
| **Improved Speeds and Reliability** | ✖ | ✔ | ✔ |
| **Streaming** (when authenticated for Internet) | ✖ | ✔ | ✔ |
| **Device Swap** | ✖ | ✖ | ✔ |
| **Free Entertainment, Texting, and Flight Tracker** | ✔ | ✔ | ✔ |

Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I.

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| [24.pre] An Internet Hotspot comprising: | To the extent this preamble is limiting, on information and belief, the Southwest Count 5 Systems and Services include an Internet Hotspot. |
| | On information and belief, Southwest has partnered with at least Viasat and Anuvu[2] to provide its passengers with in-flight Wi-Fi connectivity.[3] Southwest aircraft are equipped with at least Viasat and Anuvu's In-Flight Connectivity system. |
| | We're excited to announce that as of yesterday, March 9, 2023, our first aircraft equipped with hardware from our new WiFi vendor, Viasat, has entered service. Viasat is an industry leader, and we're excited about the increased connectivity and reliability that Viasat will provide. As we prepare for additional Viasat-equipped aircraft deliveries, we're also making significant progress updating our existing fleet with new Anuvu hardware (our original WiFi vendor). We have now upgraded more than 400 aircraft and are well on our way to upgrading the entire fleet by the third quarter of this year. |
| | Between our upgraded Anuvu hardware and integration of Viasat, we're bringing a faster, more reliable WiFi experience. In addition to improved WiFi quality, Viasat offers Customers the ability to trade paid internet connectivity between personal devices (known as "device swapping"). For example, if a Customer has paid for Internet using their laptop, they can use the "swap device" function in the Inflight Entertainment Portal to switch connectivity to their phone. |

---

[2] Based on publicly-available information, Plaintiffs have identified Viasat and Anuvu as Wi-Fi and/or In-Flight Connectivity (IFC) providers for Southwest. To the extent Southwest has used other IFC providers to provide satellite-based Internet connectivity to its customers, Plaintiffs reserve right to investigate such use.

[3] On information and belief, Southwest has also used other providers, such as Panasonic, to provide connectivity services to its customers. Source: https://paxex.aero/southwest-airlines-viasat-inflight-wifi-power/. On information and belief, to the extent such connectivity services are satellite-based, they operate in a manner similar to the systems described in this claim chart. Discovery has not begun, and IV intends to seek discovery to identify all of Southwest's connectivity providers and systems implemented by Southwest using systems provided by such providers that infringe the '469 Patent.

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| |  |

Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I.

### DOES SOUTHWEST USE VIASAT?

Yes. Southwest airlines announced in March 2023 that new aircraft with the airline will come with factory-installed Wi-Fi connectivity powered by Viasat. The Ka-band connectivity will offer faster, reliable Wi-Fi network connections for Southwest passengers. Viasat currently offers In-Flight Connectivity services to Delta Air Lines, JetBlue, American and United. The first Viasat-equipped aircraft entered service in March 2023 for various North American routes. Viasat is proud to have been selected as the provider in this partnership.

The connectivity will use three large Ka-band satellites, Viasat-1, Viasat-2 and the recently launched Viasat-3 once it completes in-orbit testing, which is expected to be late summer or the fall of 2023. Viasat is a global communications company that provides high-speed satellite internet and other communication services. It operates a satellite network that delivers broadband internet access to residential, commercial, and government customers, particularly in areas where traditional wired internet infrastructure is limited or unavailable.

Source: https://www.rsinc.com/does-southwest-use-viasat.php.

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| | Southwest, serving more than 100 million passengers each year, continues to offer the most comprehensive inflight entertainment and connectivity experience at all phases of flight, which now includes:<br><br>• Inflight WiFi available from gate-to-gate for $8 per device per day<br>• iMessage, available from gate-to-gate for $2 per day, for iPhone users with iOS5 or later<br>• Live Television streamed directly to passengers' own personal electronic devices, free of charge, courtesy of DISH<br>• Video-on-Demand television content and movies<br><br>Powered by Global Eagle's satellite-based connectivity platform, the new service—in sync with gate-to-gate Wi-Fi—is also optimized to work in all phases of flight, including on the ground.<br><br>Source: https://www.anuvu.com/our-company/press-releases/detail/30/southwest-airlines-and-global-eagle-entertainment-announce-launch-of-gate-to-gate-messaging-on-all |
| [24.a] a satellite dish communicating with the Internet via one or more data links with a satellite; | On information and belief, the Southwest Count 5 Systems and Services include a satellite dish communicating with the Internet via one or more data links with a satellite.<br><br>On information and belief, Southwest's aircraft are equipped with Viasat In-Flight Connectivity (IFC). This functionality uses satellite technology that communicates with the Internet through data links.<br><br>We're excited to announce that as of yesterday, March 9, 2023, our first aircraft equipped with hardware from our new WiFi vendor, Viasat, has entered service. Viasat is an industry leader, and we're excited about the increased connectivity and reliability that Viasat will provide. As we prepare for additional Viasat-equipped aircraft deliveries, we're also making significant progress updating our existing fleet with new Anuvu hardware (our original WiFi vendor). We have now upgraded more than 400 aircraft and are well on our way to upgrading the entire fleet by the third quarter of this year.<br><br>Between our upgraded Anuvu hardware and integration of Viasat, we're bringing a faster, more reliable WiFi experience. In addition to improved WiFi quality, Viasat offers Customers the ability to trade paid internet connectivity between personal devices (known as "device swapping"). For example, if a Customer has paid for Internet using their laptop, they can use the "swap device" function in the Inflight Entertainment Portal to switch connectivity to their phone. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| |  |

Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I.



**DOES SOUTHWEST USE VIASAT?**

Yes. Southwest airlines announced in March 2023 that new aircraft with the airline will come with factory-installed Wi-Fi connectivity powered by Viasat. The Ka-band connectivity will offer faster, reliable Wi-Fi network connections for Southwest passengers. Viasat currently offers In-Flight Connectivity services to Delta Air Lines, JetBlue, American and United. The first Viasat-equipped aircraft entered service in March 2023 for various North American routes. Viasat is proud to have been selected as the provider in this partnership.

The connectivity will use three large Ka-band satellites, Viasat-1, Viasat-2 and the recently launched Viasat-3 once it completes in-orbit testing, which is expected to be late summer or the fall of 2023. Viasat is a global communications company that provides high-speed satellite internet and other communication services. It operates a satellite network that delivers broadband internet access to residential, commercial, and government customers, particularly in areas where traditional wired internet infrastructure is limited or unavailable.

Source: https://www.rsinc.com/does-southwest-use-viasat.php.

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| | ViaSat-3 is a constellation of three ultra-high-capacity Ka-band geostationary satellites currently in production. The first and second payloads have already been sent to Boeing Satellite Systems for integration with the 702MP+ bus (spacecraft). This is a modified version of Boeing's 702 bus with a good deal more power (greater than 25kW per satellite), and they are expected to make the ViaSat-3 satellites some of the most high-powered ones ever built. To produce that power, the four solar panels of the traditional 702MP have been bumped to eight. These solar cells are similar to the ones used in the original Apollo moon missions and have powered more than 1,000 satellites around the globe.<br><br>Source: https://news.viasat.com/blog/scn/what-is-viasat3. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
| --- | --- |
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| |  |
| | Source: https://www.viasat.com/content/dam/us-site/aviation/documents/932043_Global_Ku-band_Advanced_Brochure_016_web.pdf. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| | On information and belief, Anuvu functions similarly to Viasat.<br><br>Our hybrid satellite network combines our own satellites with capacity on over 50 third-party satellites, providing scalable capacity, reliability and redundancy, and cost-effective solutions for our customers.<br><br>As the industry pioneer in regional Inflight Connectivity and gigabit-class cruise ship connectivity, Anuvu has continuously invested in new technologies to keep pace with end-user expectations. We recognize the importance of reliable, fast, global connectivity for our customers around the world. Our hybrid network, consisting of high-throughput geostationary satellites and 4G/5G mobile connectivity, builds on the industry's first and most capable SD-WAN platform optimized for aviation and maritime applications.<br><br>**96%** Anuvu's world satellite coverage  **1000+** Aircraft connected - the largest domestic single-aisle fleet in the world<br><br>Source: https://www.anuvu.com/our-portfolio/connectivity. |
| [24.b] at least one router operatively coupled to the satellite dish; | On information and belief, the Southwest Count 5 Systems and Services include at least one router operatively coupled to the satellite dish.<br><br>On information and belief, Southwest's aircraft are equipped with Wi-Fi and/or IFC that includes a router that is connected to a satellite antenna mounted about the plane that communicates using a satellite and ground stations.<br><br>**Viasat Select Router**<br>Redefining the in-flight connectivity experience |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| |  |
| | Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| |  Source: https://www.viasat.com/content/dam/us-site/aviation/documents/932043_Global_Ku-band_Advanced_Brochure_016_web.pdf. |

13

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| | 

Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf.

On information and belief, Southwest offers WiFi solutions (through its IFC providers) that support satellite-based WiFi.

We're excited to announce that as of yesterday, March 9, 2023, our first aircraft equipped with hardware from our new WiFi vendor, Viasat, has entered service. Viasat is an industry leader, and we're excited about the increased connectivity and reliability that Viasat will provide. As we prepare for additional Viasat-equipped aircraft deliveries, we're also making significant progress updating our existing fleet with new Anuvu hardware (our original WiFi vendor). We have now upgraded more than 400 aircraft and are well on our way to upgrading the entire fleet by the third quarter of this year.

Between our upgraded Anuvu hardware and integration of Viasat, we're bringing a faster, more reliable WiFi experience. In addition to improved WiFi quality, Viasat offers Customers the ability to trade paid internet connectivity between personal devices (known as "device swapping"). For example, if a Customer has paid for Internet using their laptop, they can use the "swap device" function in the Inflight Entertainment Portal to switch connectivity to their phone. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
| --- | --- |
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| | 

Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I.



Source: https://www.rsinc.com/does-southwest-use-viasat.php. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| | Our hybrid satellite network combines our own satellites with capacity on over 50 third-party satellites, providing scalable capacity, reliability and redundancy, and cost-effective solutions for our customers.<br><br>As the industry pioneer in regional Inflight Connectivity and gigabit-class cruise ship connectivity, Anuvu has continuously invested in new technologies to keep pace with end-user expectations. We recognize the importance of reliable, fast, global connectivity for our customers around the world. Our hybrid network, consisting of high-throughput geostationary satellites and 4G/5G mobile connectivity, builds on the industry's first and most capable SD-WAN platform optimized for aviation and maritime applications.<br><br>**96%** Anuvu's world satellite coverage     **1000+** Aircraft connected - the largest domestic single-aisle fleet in the world<br><br>Source: https://www.anuvu.com/our-portfolio/connectivity. |
| [24.c] a subscriber access unit operatively coupled between the satellite dish and the at least one router, the subscriber access unit being capable of authenticating a subscription account associated with a user prior to allowing the user access to the Internet; and | On information and belief, the Southwest Count 5 Systems and Services include a subscriber access unit operatively coupled between the satellite dish and the at least one router, the subscriber access unit being capable of authenticating a subscription account associated with a user prior to allowing the user access to the Internet.<br><br>On information and belief, the IFC includes a satellite antenna, multiple WAPs, and an onboard server that hosts information passenger-focused services. |

| U.S. Patent No. 7,324,469 (Claim 24) |
| --- |
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |

<table>
<tr><td>Claim 24</td><td>



Source: https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf.
</td></tr>
</table>

17

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| | Southwest Airlines fleet<br><br>| Aircraft | In service | Orders | Passengers | Notes |<br>|---|---|---|---|---|<br>| Boeing 737-700 | 374 | — | 143 | Launch customer and largest operator.[15] Older aircraft to be replaced by Boeing 737 MAX 7. |<br>| Boeing 737-800 | 205 | — | 175 | To be replaced by Boeing 737 MAX 8. |<br>| Boeing 737 MAX 7 | — | 307 | 150[33] | Deliveries begin in 2025.[34] To replace older Boeing 737-700s.[35] |<br>| Boeing 737 MAX 8 | 239 | 166 | 175 | Largest Boeing 737 MAX operator. To replace Boeing 737-700s.[35] |<br>| Total | 818 | 473 | | |<br><br>Source: https://en.wikipedia.org/wiki/Southwest_Airlines_fleet |
| [24.f] wherein the user may authenticate the subscription account and access the Internet at the remote location by establishing a data connection between the web-ready device and the router. | On information and belief, the Southwest Count 5 Systems and Services include WiFi where the user may authenticate the subscription account and access the Internet at the remote location by establishing a data connection between the web-ready device and the router.<br><br>On information and belief, Southwest passengers authenticate themselves on the SouthwestWiFi.com web portal to access in-flight Wi-Fi. The authentication completes when the user enters their login credentials on the portal through seatback and/or user devices. Limited free Wi-Fi is available to passengers, and upgraded high-speed WiFi is available to certain Southwest members or can be purchased. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
| --- | --- |
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| | <br><br>Source: https://www.southwest.com/inflight-entertainment-portal/.<br><br>Source: https://www.southwest.com/inflight-entertainment-portal/.<br><br>On information and belief, upon authentication the user may access the Internet through onboard WiFi, where a connection is established with onboard software and/or hardware including a router. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| | <br><br>Source: https://www.southwest.com/inflight-entertainment-portal/.<br><br>Source: https://www.southwest.com/inflight-entertainment-portal/. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| |  Source: https://www.southwest.com/inflight-entertainment-portal/. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| |  Source: https://onezero.medium.com/what-makes-it-possible-to-browse-the-internet-at-35-000-feet-1afaea83eb5. On information and belief, Southwest offers WiFi solutions on its airplanes that support satellite-based WiFi. |

| U.S. Patent No. 7,324,469 (Claim 24) | |
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
| |  |

Source: https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I.

### DOES SOUTHWEST USE VIASAT?

Yes. Southwest airlines announced in March 2023 that new aircraft with the airline will come with factory-installed Wi-Fi connectivity powered by Viasat. The Ka-band connectivity will offer faster, reliable Wi-Fi network connections for Southwest passengers. Viasat currently offers In-Flight Connectivity services to Delta Air Lines, JetBlue, American and United. The first Viasat-equipped aircraft entered service in March 2023 for various North American routes. Viasat is proud to have been selected as the provider in this partnership.

The connectivity will use three large Ka-band satellites, Viasat-1, Viasat-2 and the recently launched Viasat-3 once it completes in-orbit testing, which is expected to be late summer or the fall of 2023. Viasat is a global communications company that provides high-speed satellite internet and other communication services. It operates a satellite network that delivers broadband internet access to residential, commercial, and government customers, particularly in areas where traditional wired internet infrastructure is limited or unavailable.

Source: https://www.rsinc.com/does-southwest-use-viasat.php.

| U.S. Patent No. 7,324,469 (Claim 24) ||
|---|---|
| **Claim 24** | **Example Southwest Count 5 Systems and Services** |
|  | Our hybrid satellite network combines our own satellites with capacity on over 50 third-party satellites, providing scalable capacity, reliability and redundancy, and cost-effective solutions for our customers.<br><br>As the industry pioneer in regional Inflight Connectivity and gigabit-class cruise ship connectivity, Anuvu has continuously invested in new technologies to keep pace with end-user expectations. We recognize the importance of reliable, fast, global connectivity for our customers around the world. Our hybrid network, consisting of high-throughput geostationary satellites and 4G/5G mobile connectivity, builds on the industry's first and most capable SD-WAN platform optimized for aviation and maritime applications.<br><br>**96%** Anuvu's world satellite coverage     **1000+** Aircraft connected - the largest domestic single-aisle fleet in the world<br><br>Source: https://www.anuvu.com/our-portfolio/connectivity. |

| U.S. Patent No. 7,324,469 (Claim 25) ||
|---|---|
| **Claim 25** | **Example Southwest Count 5 Systems and Services** |
| [25] The Internet Hotspot of claim 24, wherein the data connection is one of a wired data connection and a wireless data connection. | On information and belief, the Southwest Count 5 Systems and Services include an Internet Hotspot as recited in claim 24. *See* claim 24. On information and belief, the Southwest Count 5 Systems and Services further include the data connection that is one of a wired data connection and a wireless data connection.<br><br>For example, for WiFi-enabled aircraft, Southwest offers Internet service that enables its customers to access data including flight tracker, text, video, and other content that is available over a wireless connection. |

32