# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANUVU CORP., | ) |
| | ) |
|     *Plaintiffs*, | ) |
| | ) **C.A. No. 25-CV-124-CFC** |
|     v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES I LLC | ) |
| and | ) |
| INTELLECTUAL VENTURES II LLC | ) |
| | ) |
|     *Defendant*. | ) |

## DECLARATION OF JONATHAN WALDROP IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS, STAY, OR TRANSFER

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz Benson Torres LLP. I am one of the attorneys responsible for the representation of Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") in this matter and make this declaration in support of Defendants' Reply in support of Their Motion to Dismiss, Stay, or Transfer.

2. If called to testify under oath in court, I could and would testify competently to the facts stated herein.

1

3.      Attached hereto as Exhibit 6 is a true and correct copy of an email from Jonathan H. Hicks to Ahtoosa Amini Dale, dated March 4, 2025.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on this 8th day of April, 2025, in Redwood Shores, California.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
