# **<u>Exhibit 6</u>**

**From:** Jonathan H. Hicks <Jhicks@kasowitz.com>
**Sent:** Tuesday, March 4, 2025 4:08 PM
**To:** Jeceaca An <JAn@kasowitz.com>; Dale, Ahtoosa Amini <ADale@winston.com>; Charles A. Naggar <CNaggar@kasowitz.com>; David A. Bilson <DAB@PMHDELaw.com>; Jack Phillips <JCP@PMHDELaw.com>
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael J. Farnan <mfarnan@farnanlaw.com>; Johnson, Brett <MBJohnson@winston.com>; Liu, Charles <CCLiu@winston.com>; Goldstein, Zoe A. <ZGoldstein@winston.com>; Rosemary J.. Piergiovanni <rpiergiovanni@farnanlaw.com>
**Subject:** RE: IV/Anuvu - Meet and Confer Request

Dear Ahtoosa,

In advance of today's call, below are proposed questions relating to Anuvu's patent exhaustion allegations and the customer suit exception (as raised in our e-mail sent on February 19th). We can discuss during the call, as IV believes that additional information would be helpful to engage on these issues.

## Exhaustion

- Anuvu asserts (Paragraph 48) that - "[i]n building in-flight connectivity systems, Anuvu exclusively uses at least wireless access point cards, which [IV] accuses of infringement, originally sold by Extreme Networks, Inc."   This statement is drafted in the present tense and uses the language "at least," implying that it may use other wireless access components. Please provide the following information.
    a. Please confirm that Anuvu contends that the Extreme Networks wireless access point cards provides the technology Accused in the '326 infringement contentions.  If there is a component within the Extreme Networks wireless access point cards that Anuvu contends provides the Accused Functionality, please identify all such component(s).
    b. When did Extreme Networks become the wireless access point card provider for connectivity systems?  When did Anuvu first use Extreme Networks wireless access point cards?
    c. For the accused in-flight connectivity systems with regards to the Southwest and/or American litigations, please confirm that Anuvu only used Wi-Fi access point cards (originally sold by Extreme Networks, Inc.) since at least November 2, 2018 to the present.
    d. If Anuvu has utilized any other Wi-Fi wireless access point cards or other components that provide the same or reasonably similar Accused Functionality during the applicable damages period, will Anuvu identify such products?
- For the accused in-flight connectivity systems, does Anuvu use any software and/or hardware, other than Wi-Fi access point cards (or reasonably similar components) originally sold by Extreme Networks, Inc., that implements any IEEE 802.11 standard?
    a. [If yes] What software and/or hardware does Anuvu use for its in-flight connectivity systems, besides Wi-Fi access point cards originally sold by Extreme Networks, Inc.?

1

    b. [If yes] Who provides the software and/or hardware that Anuvu uses for its in-flight connectivity systems, besides than Wi-Fi access point cards originally sold by Extreme Networks, Inc.?

**<u>Customer Suit Exception</u>**

- Does Anuvu provide hardware and software account for all of the Accused Functionality for either of the DJ patents?
- Which components or hardware and/or software does Anuvu provide?
- Which components or hardware and/or software does Anuvu not provide?
- What particular hardware and/or software is responsible for performing the Accused Functionality during the applicable damage period?
- Does Anuvu have possession, custody, and control of the core technical documents relevant to the DJ patents or is that information in the possession, custody, and control of a third-party?  If so, who?

Best regards,
Jonathan


Jonathan H. Hicks
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel.   (650) 453-5423
Fax.  (650) 362-9328
Jhicks@kasowitz.com