**PHILLIPS, McLAUGHLIN & HALL, P.A.**

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pmhdelaw.com

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

July 14, 2025

**VIA CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
United States District Court
District of Delaware
844 N. King Street
Wilmington, Delaware 19801

   Re: *Anuvu Corp. v. Intellectual Ventures I LLC, et al.*
      C.A. No. 25-124-CFC

Dear Chief Judge Connolly:

  I write on behalf of Plaintiff Anuvu Corp. ("Anuvu") to notify the Court pursuant to D. Del. LR 7.1.2(b) of subsequent authority in support of Anuvu's arguments in opposition to Defendants Intellectual Ventures I, LLC and Intellectual Ventures II, LLC's ("I.V.") pending Motion to Dismiss, Stay, or Transfer, which has been fully briefed (D.I. 12, 13, 16, and 18).

  As the Court is aware, on Friday, July 11, 2025, the Court denied I.V.'s Motion to Dismiss, Stay, or Transfer in a co-pending case by oral order. *See Viasat, Inc. v. Intellectual Ventures I LLC, et al.*, C.A. No. 1:25-cv-00056-CFC, Min. Entry & Oral Order dated July 11, 2025 ("For the reasons discussed at the July 11, 2025 hearing, . . . Defendants' Motion to Dismiss [D.I. 13] is denied."). The issues in *Viasat* are identical to those raised here. As in *Viasat*, I.V. argues in its Motion to Dismiss, Stay or Transfer that "the first-filed rule requires dismissal," or, in the alternative, the Court should stay or transfer the case to Texas. *See Anuvu*, No. 1:25-cv-00124-CFC, D.I. 13 at 4, 10; *Viasat*, No. 1:25-cv-00056-CFC, D.I. 14 at 5, 11. Since the issues are the same in both cases, Anuvu respectfully submits that I.V.'s Motion to Dismiss, Stay, or Transfer should be denied here as well.

The Honorable Colm F. Connolly
July 14, 2025
Page 2 of 2

      Based on the foregoing, Anuvu respectfully requests that the Court consider this additional authority and similarly enter an order dismissing I.V.'s Motion to Dismiss, Stay, or Transfer (D.I. 12).

Respectfully,

*/s/ John C. Phillips, Jr.*

John C. Phillips, Jr. (#110)

cc:    All Counsel of Record (via electronic mail)