# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANUVU CORP,<br><br>           Plaintiff,<br><br>v.<br><br>INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>           Defendants. | C.A. No. 25-cv-124-CFC |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 16, 2025, a copy of Declaratory Judgment Defendants' Preliminary Infringement Contentions was served on the following as indicated:

<u>Via E-Mail</u>
John C. Phillips, Jr.
David A. Bilson
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Plaintiff*

<u>Via E-Mail</u>
M. Brett Johnson
Ahtoosa A. Dale
Chaoxuan Charles Liu
Zoe A. Goldstein
WINSTON & STRAWN LLP
mbjohnson@winston.com
adale@winston.com
ccliu@winston.com
zgoldstein@winston.com

*Attorneys for Plaintiff*

Dated: October 16, 2025

Of Counsel:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Dr., Suite 200
Redwood Shores, CA 94065

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Attorneys for Defendants

| | |
|---|---|
| Tel: (650) 453-5170<br>Fax: (650) 362-9302<br>JWaldrop@kasowitz.com<br>DJones@kasowitz.com<br>MBarber@kasowitz.com<br>JDowning@kasowitz.com<br>HKim@kasowitz.com<br>TNguyen@kasowitz.com<br><br>Paul G. Williams<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street, N.E., Suite 2445<br>Atlanta, Georgia 30309<br>Tel: (404) 260-6080<br>Fax: (404) 260-6081<br>PWilliams@kasowitz.com | *Intellectual Ventures I LLC and Intellectual Ventures II LLC* |