# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANUVU CORP., | |
| Plaintiff, | C.A. No. 25-124-CFC |
| v. | JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Anuvu Corp., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses without prejudice its declaratory claims (D.I. 1 at Counts I and II) against Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC regarding U.S. Patent No. 8,027,326. Each Party shall bear its own attorneys' fees, expenses, and costs. No party has filed an answer or motion for summary judgment in this action. In accordance with the aforementioned rule, no court order is required with this notice of dismissal.

| | |
|---|---|
| Dated: October 23, 2025 | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| *Of Counsel* (admitted *pro hac vice*) | */s/ John C. Phillips, Jr.* <br> John C. Phillips, Jr. (#110) |
| M. Brett Johnson <br> Ahtoosa A. Dale <br> Chaoxuan Charles Liu <br> Zoe A. Goldstein <br> WINSTON & STRAWN LLP <br> 2121 N. Pearl Street, Suite 900 <br> Dallas, TX 75201 <br> (214) 453-6500 <br> mbjohnson@winston.com <br> adale@winston.com <br> ccliu@winston.com <br> zgoldstein@winston.com | David A. Bilson (#4986) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> dab@pmhdelaw.com <br><br> *Attorneys for Plaintiff Anuvu Corp.* |