# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANUVU CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 25-124-CFC |
| INTELLECTUAL VENTURES I LLC and | ) |
| INTELLECTUAL VENTURES II LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 20, 2025, a copy of Anuvu's Invalidity Contentions Regarding U.S. Patent No. 7,324,469 was served on the following counsel via electronic means:

Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200

Redwood Shores, CA 94065
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
tnguyen@kasowitz.com

Paul G. Williams
Kasowitz Benson Torres LLP
1230 Peachtree Street, N.E., Suite 2445
Atlanta, GA 30309
pwilliams@kasowitz.com

Date: November 20, 2025

PHILLIPS MCLAUGHLIN & HALL, P.A.

/s/ David A. Bilson
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806-4204
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Plaintiff*