# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANUVU CORP., *Plaintiff*, v. INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC *Defendants*. | C.A. No. 25-cv-124-CFC **JURY TRIAL DEMANDED** |

## MOTION FOR CLAIM CONSTRUCTION

Pursuant to the Court's Amended Scheduling Order dated October 14, 2025 (D.I. 28), Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively "Defendants" or "IV"), by and through their attorneys of record, requests that the Court adopt the claim construction positions of IV set forth in the Joint Claim Construction Chart (D.I. 33) and in its briefing.

Dated: January 15, 2026

Of Counsel:

Jonathan K. Waldrop
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ LLP
101 California Street, Suite 3950
San Francisco, CA 94111

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Tel: (415) 421-6140  
Fax: (415) 358-4408  
JWaldrop@kasowitz.com  
MBarber@kasowitz.com  
JDowning@kasowitz.com  
HKim@kasowitz.com  
TNguyen@kasowitz.com  

Paul G. Williams  
KASOWITZ LLP  
1230 Peachtree Street, N.E., Suite 2445  
Atlanta, Georgia 30309  
Tel: (404) 260-6080  
Fax: (404) 260-6081  
PWilliams@kasowitz.com  

Attorneys for Defendants  
*Intellectual Ventures I LLC and*  
*Intellectual Ventures II LLC*