## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ANUVU CORP., | |
| Plaintiff, | C.A. No. 25-124-CFC |
| v. | |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | |
| Defendants. | |

### PLAINTIFF'S MOTION FOR CLAIM CONSTRUCTION

Pursuant to the Court's Amended Scheduling Order dated October 14, 2025 (D.I. 28), Plaintiff Anuvu Corp., by and through its undersigned attorneys, requests that the Court adopt the claim construction positions of Plaintiff set forth in the Joint Claim Construction Chart (D.I. 33) and in its briefing.

Dated: January 15, 2026

*Of Counsel* (admitted *pro hac vice*)

M. Brett Johnson
Ahtoosa A. Dale
Chaoxuan Charles Liu
Zoe A. Goldstein
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
mbjohnson@winston.com

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson  (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Plaintiff Anuvu Corp.*

adale@winston.com
ccliu@winston.com
zgoldstein@winston.com