# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANUVU CORP,<br><br>        Plaintiff,<br><br>v.<br><br>INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>        Defendants. | C.A. No. 25-cv-124-CFC |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 13, 2026, a copy of: (i) Defendants' First Set of Interrogatories to Plaintiff and (ii) Defendants' First Set of Document Requests to Plaintiff was served on the following as indicated:

<u>Via E-Mail</u>
John C. Phillips, Jr.
David A. Bilson
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Plaintiff*

<u>Via E-Mail</u>
M. Brett Johnson
Chaoxuan Charles Liu
Zoe A. Goldstein
WINSTON & STRAWN LLP
mbjohnson@winston.com
ccliu@winston.com
zgoldstein@winston.com

*Attorneys for Plaintiff*

Dated: February 13, 2026

Of Counsel:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John Downing
Heather S. Kim
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Dr., Suite 200
Redwood Shores, CA 94065

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Attorneys for Defendants

Tel: (650) 453-5170  
Fax: (650) 362-9302  
JWaldrop@kasowitz.com  
DJones@kasowitz.com  
MBarber@kasowitz.com  
JDowning@kasowitz.com  
HKim@kasowitz.com  
TNguyen@kasowitz.com  

Paul G. Williams  
KASOWITZ BENSON TORRES LLP  
1230 Peachtree Street, N.E., Suite 2445  
Atlanta, Georgia 30309  
Tel: (404) 260-6080  
Fax: (404) 260-6081  
PWilliams@kasowitz.com  

*Intellectual Ventures I LLC and Intellectual Ventures II LLC*