IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., <br><br> Plaintiff, <br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants. | C.A. No. 25-cv-56-CFC |
| ANUVU CORP., <br><br> Plaintiff, <br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants. | C.A. No. 25-cv-124-CFC |

**STIPULATION TO EXTEND TIME**

The parties hereby agree, subject to the approval of the Court, that the deadline for Defendants to serve their Answering Claim Construction Brief is extended to March 5, 2026.

| | |
|---|---|
| DATED: February 25, 2026 | Respectfully submitted, |
| SHAW KELLER LLP | FARNAN LLP |
| /s/ *Nathan R. Hoeschen* <br> Karen E. Keller (No. 4489) <br> Nathan R. Hoeschen (No. 6232) <br> I.M. Pei Building | /s/ *Brian E. Farnan* <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 North Market Street, 12th Floor |

| | |
|---|---|
| 1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302)298-0700<br>kkeller@shawkeller.com | Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |
| *Attorneys for Viasat, Inc.* | *Attorneys for Defendants* |

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Anuvu Corp.*


IT IS SO ORDERED this ____ day of February, 2026.


                                          _____
                                          The Honorable Colm F. Connolly