# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>　　　　　Defendants. | C.A. No. 25-cv-56-CFC |
| ANUVU CORP.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>　　　　　Defendants. | C.A. No. 25-cv-124-CFC |

## **STIPULATION TO EXTEND TIME**

The parties agree, subject to the approval of the Court, that the deadline for Defendants to serve their Answering Claim Construction Brief is extended to March 12, 2026.

| | |
|---|---|
| DATED: March 5, 2026 | Respectfully submitted, |
| SHAW KELLER LLP | FARNAN LLP |
| /s/ Nathan R. Hoeschen<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building | /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor |

| | |
|---|---|
| 1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302)298-0700<br>kkeller@shawkeller.com<br>nhoeschan@shawkeller.com<br><br>*Attorneys for Viasat, Inc.* | Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Defendants* |

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ David A. Bilson
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Anuvu Corp.*

IT IS SO ORDERED this ____ day of March, 2026.

_____
The Honorable Colm F. Connolly

2