IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC.,<br><br>               Plaintiff,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>              Defendants. | C.A. No. 25-cv-56-CFC |
| ANUVU CORP.,<br><br>               Plaintiff,<br>v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>              Defendants. | C.A. No. 25-cv-124-CFC |

## STIPULATION TO EXTEND TIME

The parties agree, subject to the approval of the Court, that the deadline for Defendants to serve their Answering Claim Construction Brief is extended to March 12, 2026.

| | |
|---|---|
| DATED: March 5, 2026 | Respectfully submitted, |
| SHAW KELLER LLP | FARNAN LLP |
| /s/ Nathan R. Hoeschen<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building | /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor |

1105 North Market Street, 12th Floor  
Wilmington, DE 19801  
(302)298-0700  
kkeller@shawkeller.com  
nhoeschan@shawkeller.com  

*Attorneys for Viasat, Inc.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ David A. Bilson  
John C. Phillips, Jr. (#110)  
David A. Bilson (#4986)  
1200 North Broom Street  
Wilmington, Delaware 19806  
(302) 655-4200  
jcp@pmhdelaw.com  
dab@pmhdelaw.com  

*Attorneys for Anuvu Corp.*

Wilmington, DE 19801  
(302) 777-0300  
bfarnan@farnanlaw.com  
mfarnan@farnanlaw.com  

*Attorneys for Defendants*

IT IS SO ORDERED this 5th day of March, 2026.

_____  
The Honorable Colm F. Connolly

2