## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants. | C.A. No. 25-cv-56-CFC |
| ANUVU CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants. | C.A. No. 25-cv-124-CFC |

## STIPULATION REGARDING CLAIM CONSTRUCTION

The parties agree, subject to the approval of the Court, that claim construction is not necessary in this action as the parties agree to withdraw all claim construction disputes (*see* D.I. 88).

DATED: March 13, 2026                    Respectfully submitted,

SHAW KELLER LLP                          FARNAN LLP

/s/ Nathan R. Hoeschen                    /s/ Brian E. Farnan
Karen E. Keller (No. 4489)               Brian E. Farnan (Bar No. 4089)
Nathan R. Hoeschen (No. 6232)            Michael J. Farnan (Bar No. 5165)
I.M. Pei Building                        919 North Market Street, 12th Floor

1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302)298-0700
kkeller@shawkeller.com
nhoeschan@shawkeller.com

*Attorneys for Viasat, Inc.*

PHILLIPS, MCLAUGHLIN & HALL,
P.A.

*/s/* David A. Bilson
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Anuvu Corp.*

Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*

IT IS SO ORDERED this _____day of March, 2026.

_____
The Honorable Colm F. Connolly