IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANUVU CORP.,

                         Plaintiff,

        v.                          Civil Action No. 25-cv-124-CFC

INTELLECTUAL VENTURES I
LLC and INTELLECTUAL
VENTURES II LLC,

                       Defendants.

## ORDER

Whereas Plaintiff Anuvu Corporation seeks by this action declarations of noninfringement of U.S. Patent Nos. 8,027,326 (the #326 patent) and 7,324,469 (the #469 patent), D.I. 1 ¶ 1;

Whereas before Anuvu filed this action, Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC accused Southwest Airlines Co., a customer of Anuvu, of infringing the #326 and #469 patents and three other patents in a lawsuit filed in the Western District of Texas, *Intellectual Ventures I LLC et. al. v. Southwest Airlines Co.*, No. 7:24-277;

Whereas Defendants have filed a Motion to Dismiss, Stay, or Transfer (Motion) in this action, D.I. 12;

Whereas Defendants ask by their Motion that I either dismiss this action in lieu of the Western District action, stay this action until the Western District Action is resolved, or transfer this action to the Western District of Texas;

Whereas the Western District action has been transferred to the Northern District of Texas, No. 3:25-2885, D.I. 80; and

Whereas the court in the Northern District of Texas severed from the action before it Defendants' claims that Southwest Airlines infringes the #326 and #469 patents and administratively closed the severed action pending the resolution of this action, No. 25-2885, D.I. 124 at 19;

NOW THEREFORE, at Wilmington on this Twenty-third Day of March in 2026, Defendants' Motion to Dismiss, Stay, or Transfer (D.I. 12) is DENIED AS MOOT.

_____
CHIEF JUDGE

2