**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ANUVU CORP.,

               Plaintiff,

    v.

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

               Defendants.

C.A. No. 25-cv-124-CFC

**STIPULATION TO EXTEND TIME**

The parties hereby agree, subject to the approval of the Court, that the time for Defendants to respond to the Complaint is extended to April 20, 2026.

DATED: April 6, 2026

PHILLIPS, MCLAUGHLIN & HALL, P.A.

_/s/_ David A. Bilson
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*

IT IS SO ORDERED this ____ day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE