**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANUVU CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants. | C.A. No. 25-cv-124-CFC |

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the approval of the Court, that the time for Defendants

to respond to the Complaint is extended to May 4, 2026.

DATED: April 17, 2026

PHILLIPS, MCLAUGHLIN & HALL, P.A.     FARNAN LLP

Respectfully submitted,

*/s/ David A. Bilson*                             /s/ Brian E. Farnan
John C. Phillips, Jr. (#110)                      Brian E. Farnan (Bar No. 4089)
David A. Bilson (#4986)                           Michael J. Farnan (Bar No. 5165)
1200 North Broom Street                           919 North Market Street, 12th Floor
Wilmington, Delaware 19806                        Wilmington, DE 19801
(302) 655-4200                                    (302) 777-0300
jcp@pmhdelaw.com                                  bfarnan@farnanlaw.com
dab@pmhdelaw.com                                  mfarnan@farnanlaw.com

*Attorneys for Plaintiff*                         *Attorneys for Defendants*

IT IS SO ORDERED this _____ day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE