## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ANUVU CORP.,

               Plaintiff,

   v.

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

               Defendants.

C.A. No. 25-cv-124-CFC

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the approval of the Court, that the time for Defendants to respond to the Complaint is extended to June 9, 2026.

DATED: May 26, 2026

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/* David A. Bilson
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*

IT IS SO ORDERED this _____ day of May, 2026.

_____
The Honorable Colm F. Connolly