# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

ANUVU CORP.,

        Plaintiff,

    v.

INTELLECTUAL VENTURES I LLC
and INTELLECTUAL VENTURES II
LLC,

        Defendants.

C.A. No. 25-124-CFC

JURY TRIAL DEMANDED

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

PLEASE TAKE NOTICE that M. Brett Johnson and Zoe A. Goldstein, counsel of record for Plaintiff Anuvu Corp. in the above-captioned matter, make the following updates to the contact information on file with this Court and request that the docket be updated accordingly:

M. Brett Johnson
WINSTON TAYLOR LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Tel: 214-453-6500
Fax: 214-453-6400
brett.johnson@winstontaylor.com

Zoe A. Goldstein
WINSTON TAYLOR LLP
300 N. LaSalle Drive, Suite 4400
Chicago, IL 60654
Tel: 312-558-5600
Fax: 312-558-5700
zoe.goldstein@winstontaylor.com

PHILLIPS, MCLAUGHLIN & HALL, P.A.

Dated:  June 2, 2026

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
David A. Bilson  (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Plaintiff Anuvu Corp.*

2