# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANUVU CORP., | |
| Plaintiff, | C.A. No. 25-124-CFC |
| v. | JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | |
| Defendants. | |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE WITHDRAW THE APPEARANCE of Chaoxuan Charles Liu as counsel for Plaintiff Anuvu Corp. in the above-captioned matter.  Anuvu Corp. will continue to be represented by the firms of Phillips, McLaughlin & Hall, P.A. and Winston Taylor LLP.

PHILLIPS, MCLAUGHLIN & HALL, P.A.

Dated:  June 2, 2026

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
David A. Bilson  (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Plaintiff Anuvu Corp.*