**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANUVU CORP.,<br>Plaintiff,<br>v.<br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br>Defendants. | Civil Action No. 25-cv-124-CFC |

**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY**

WHEREAS, U.S. Patent No. 7,324,469 (the "'469 Patent") is the only patent remaining and at issue in this case;

WHEREAS, there are two other proceedings currently pending concerning the validity of the '469 Patent: (1) *Ex Parte* Reexamination Control No. 90/015,619 (the "EPR"); and (2) a related proceeding in the U.S. District Court for the Eastern District of Texas, *Intellectual Ventures I LLC, et al. v. American Airlines, Inc.*, No. 4:24-cv-00980-ALM (the "E.D. Texas Case"), in which the '469 Patent has been found invalid as indefinite.

WHEREAS, the outcome of the EPR and/or the E.D. Texas Case will materially affect the parties' claims and defenses in this matter;

WHEREAS, the parties agree that a stay of this matter pending the outcome of the EPR and/or the E.D. Texas Case would conserve the parties' time and

resources, avoid potentially unnecessary litigation and duplicative efforts, and promote judicial economy without prejudicing either party or impairing the Court's ability to resolve this matter efficiently;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to approval of the Court, that all deadlines in this matter shall be stayed pending the earlier to occur of: (1) the final resolution of the EPR or (2) the final resolution of the E.D. Texas Case as it relates to the '469 Patent.

IT IS FURTHER HEREBY STIPULATED AND AGREED, by and between the parties, subject to approval of the Court, that the parties shall file a status report no later than fourteen (14) days after the earlier to occur of: (1) the final resolution of the EPR or (2) the final resolution of the E.D. Texas Case as it relates to the '469 Patent.

Dated: November 24, 2026

**PHILLIPS, MCLAUGHLIN & HALL, P.A.**

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

**FARNAN LLP**

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
fmarnan@farnanlaw.com

*Attorneys for Plaintiff Anuvu Corp.*

*Attorneys for Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC*

IT IS SO ORDERED this 25th of November, 2026.

The Honorable Colm F. Connolly
CHIEF UNITED STATES DISTRICT JUDGE